# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

BRIAN S. COLQUHOUN AND KATHLEEN S. COLQUHOUN, HUSBAND AND WIFE AND RODNEY B. MCADAMS AND BRENDA J. MCADAMS, HUSBAND AND WIFE,

Respondents

v.

LARRY L. STEFANICK AND LILIAN R. STEFANICK, HUSBAND AND WIFE,

Petitioners

: No. 287 WAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

   Mr. Justice Eakin did not participate in the decision of this matter.